In the Matter of SAMUEL SCHUBERT et al., Appellants, against HENRY M. GOLDFOGLE et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*Appeal — unanimous affirmance of order denying application for mandamus — appeal without permission to Court of Appeals dismissed.*

*Matter of Schubert* v. *Goldfogle*, 220 App. Div. 762, appeal dismissed. (Submitted October 6, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1927, which unanimously affirmed an order of Special Term denying a motion for a peremptory order of mandamus to compel defendants to partially exempt real property of petitioners from taxation.

*Samuel Friedlander* for appellants.

*George P. Nicholson, Corporation Counsel (William H. King* and *John Moroney* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ.   Not sitting: LEHMAN, J.